FRANK N. DARRAS #128904, Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994, LMartinez@DarrasLaw.com
SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com
PHILLIP S. BATHER #273236, PBather@DarrasLaw.com

DarrasLaw

3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:   (909) 974-2121

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANNA BROTHERS,<br><br>            Plaintiff,<br><br>       vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No: 2:17-cv-00826 AB (JCx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT**<br><br>Date Action Filed:   February 1, 2017 |
|---|---|

TO THE COURT AND ALL INTERESTED PARTIES:

   PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

   Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated:  March 28, 2017              DARRASLAW

                                    _/s/ Phillip S. Bather_
                                    PHILLIP S. BATHER
                                    Attorneys for Plaintiff